UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH M. TORRES, ) | |
| ) | CASE NO. C11-1206-JLR-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING EXTENSION OF |
| ) | TIME OF BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed the parties' stipulation for extension of time (Dkt. 17), requesting an unspecified length time in order for defendant to supplement the adminstrative record or, in the alternative, an extension of 60 days.  Having considered the stipulation, and the entire docket in the case, the Court declines to grant an open-ended extension and hereby GRANTS an extension of the briefing schedule by 60 days, with the new deadlines as follows:

Plaintiff's Opening Brief:         December 27, 2011

Defendant's Responsive Brief:   January 24, 2012

Plaintiff's optional Reply Brief:   February 7, 2012

The parties should advise the Court if the new deadline cannot be met due to a problem

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01  with filing a supplement to the administrative record.

02        DATED this <u>19th</u> day of October, 2011.

03

04                                              _____
                                                Mary Alice Theiler
05                                              United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2