UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH M. TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C11-1206-JLR<br><br>REPORT AND RECOMMENDATION |

Based on the stipulation of the parties (Dkt. 19), the Court recommends that this case be REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) because significant portions of the recording of the hearing held on April 9, 2010 are inaudible. (Dkt. 19.) On remand, the Appeals Council will remand the matter to an Administrative Law Judge who shall afford plaintiff a *de novo* hearing. The Court will retain jurisdiction over the action pending further administrative development of the record. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98-102 (1991). If the outcome of a *de novo* hearing is unfavorable to plaintiff, plaintiff may seek judicial review by reinstating this case, rather than filing a new complaint. A proposed order

accompanies this Report and Recommendation.

DATED this 13th day of December, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2