11-CV-01206-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH M. TORRES, | ) |
| | ) CASE NO. C11-1206-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties filed a stipulated motion to remand this case for further administrative proceedings. (Dkt. 19.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). This Court shall retain jurisdiction of this case during remand; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 15th day of December, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1